```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
————————————————————————————————
ALI MOALAWI,
                        Plaintiff,           24-cv-5795 (JGK)

        - against -                          ORDER

CITY OF NEW YORK, ET AL.,
                        Defendants.
————————————————————————————————
```

**JOHN G. KOELTL, District Judge:**

    The pro se plaintiff paid the filing fees and commenced this action. Generally, the plaintiff has 90 days from filing the complaint to serve the summons and the complaint. Fed. R. Civ. P. 4(m). However, the summons was not issued in this case when the plaintiff filed the complaint because he had not paid the filing fee. The Court therefore extends the time to serve until 90 days after the date the summons is issued.

    The Clerk of Court is respectfully directed to issue summonses as to each of the identified defendants: City of New York; Detective Steven Stanley, individually and as a member of the New York Police Department ("NYPD"); and Detective Albert Velez, individually and as a member of the NYPD. The plaintiff is directed to serve the summons and the complaint on each defendant within 90 days of the issuance of the summonses.

    If the plaintiff does not either serve the defendants or request an extension of time to do so within those 90 days, the

case may be dismissed without prejudice for failure to prosecute. Fed. R. Civ. P. 4 & 41.

The plaintiff may receive court documents by email by completing the attached form, Consent to Electronic Service. If the plaintiff consents to electronic service, the plaintiff will no longer receive court documents by regular mail.

**SO ORDERED.**

**Dated:    New York, New York**
**August 20, 2024**              /s/ John G. Koeltl
                                 **John G. Koeltl**
                                 **United States District Judge**