UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALI MOALAWI,

                Plaintiff,          24-cv-5795 (JGK)

    - against -                  ORDER

CITY OF NEW YORK, ET AL.,

                Defendants.

---

JOHN G. KOELTL, District Judge:

    The Court has received the enclosed letter from the pro se plaintiff dated October 15, 2024. The time to effect service on the defendants in this case pursuant to Rule 4 of the Federal Rules of Civil Procedure is extended to **January 19, 2025**.

    The defendant City of New York is directed to provide the pro se plaintiff with the last known addresses of the defendants Steven Stanley and Albert Velez.

    The Clerk is directed to mail a copy of this order to the City of New York Law Department and to the pro se plaintiff at Ali Moalawi, 6 Dawson Place, Huntington Station, NY 11746.

SO ORDERED.
Dated:    New York, New York
           October 23, 2024

                                              John G. Koeltl
                                  United States District Judge

Ali Moalawi
6 Dawson Place
Huntington, NY 11746

October 15, 2024

*Moalawi v. City of New York, et al.*
*24-cv-05795*

Hon. John G. Koeltl
United States District Court
500 Pearl Street
New York, NY 10007

Dear Judge:

I am a *Pro Se* plaintiff for the aforesaid case. I write to ask this court to extend the time I have to serve individual defendants who are a part of this case a summons and complaint. I was not issued summonses for two individual defendants until August 21, 2024. These summonses are not returnable until November 19, 2024.

This case involves civil rights violations perpetrated by New York City Police Detectives who are named as defendants. I write to ask for an extension to until January 19, 2025 to serve these individuals with a summons and complaint. I also write to ask this court for an order directing the defendant City of New York to provide the last known addresses of the defendants who have not been served. My understanding is that these defendants are retired from the New York City Police Department but that the city has their last known addresses for the purpose of servicing their pensions.

Please grant this request so that the service of process for all defendants is completed.

Sincerely,

Ali Moalawi
*Pro Se*

cc:   Department of Law
      City of New York
      100 Church Street
      New York, NY 10007