UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALI MOALAWI,

                Plaintiff,

- against -

THE CITY OF NEW YORK, ET AL.,

                Defendants.

24-cv-5795 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by January 31, 2025.

SO ORDERED.

Dated:    New York, New York
            January 7, 2025

                                          John G. Koeltl
                                    United States District Judge