```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
ALI MOALAWI,                                                  :
                                                              :
                    Plaintiff,                                :    24-CV-5795 (JGK) (OTW)
                                                              :
          -against-                                           :    ORDER
                                                              :
THE CITY OF NEW YORK, et al.,                                 :
                                                              :
                    Defendants.                               :
                                                              :
                                                              :
-------------------------------------------------------------x
```

**ONA T. WANG, United States Magistrate Judge:**

The conference currently scheduled for March 11, 2025, is **ADJOURNED without date**.

The deadline for pre-conference submissions is also **ADJOURNED without date**.

The Clerk of the Court is respectfully directed to send a copy of this Order to the *pro se* Plaintiff.

**SO ORDERED.**

|  |  |
|---|---|
| Dated: New York, New York | *s/ Ona T. Wang* |
| March 5, 2025 | **Ona T. Wang** |
|  | United States Magistrate Judge |

1