```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

ALI MOALAWI,

                Plaintiff,        24-cv-5795 (JGK)

   - against -                       ORDER

THE CITY OF NEW YORK, ET AL.,

                Defendants.

**JOHN G. KOELTL, District Judge:**

    The time for the plaintiff to file an amended complaint is **April 4, 2025.** The time for the defendants to answer or otherwise respond to the amended complaint is **May 2, 2025.** If the defendants move to dismiss the amended complaint, the time for the plaintiff to respond is **May 23, 2025,** and the time for the defendants to reply is **June 13, 2025.** If the defendants answer the amended complaint, the parties are directed to submit a Rule 26(f) report by **May 23, 2025.**

    Discovery is stayed pending further order of the Court.

    The Clerk is directed to mail a copy of this order to the pro se plaintiff at Ali Moalawi, 6 Dawson Place, Huntington Station, NY 11746.

    The Clerk is also directed to close ECF No. 20.

**SO ORDERED.**

Dated:    New York, New York
           March 19, 2025

                                          John G. Koeltl
                                  United States District Judge