```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---

ALI MOALAWI,

                    Plaintiff,

      - against -

CITY OF NEW YORK, ET AL.,

                  Defendants.

24-cv-5795 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    On March 19, 2025, the Court directed the pro se plaintiff to file an amended complaint by April 4, 2025. ECF No. 25. The Court also set a briefing schedule for the motion to dismiss that the defendants Detective Steven Stanley and Detective Albert Velez ("the Individual Defendants") intend to file. Id.

    To date, the plaintiff has not filed an amended complaint. Instead, on April 9, 2025, the plaintiff filed a letter "strongly oppos[ing]" the defendants' opportunity to file a motion to dismiss. ECF No. 26. The Individual Defendants, however, have the right to move to dismiss the complaint pursuant to Rule 12 of the Federal Rules of Civil Procedure. Fed. R. Civ. P. 12(b) ("Every defense to a claim for relief in any pleading must be asserted in the responsive pleading if one is required. But a party may assert the following defenses by motion . . . .").

The time for the plaintiff to file an amended complaint pursuant to the Court's previous order has passed. The defendant the City of New York has already answered the complaint. ECF No. 13. The time for the Individual Defendants to answer or otherwise respond to the complaint is **May 2, 2025**. If the Individual Defendants move to dismiss the complaint, the time for the plaintiff to respond is **May 23, 2025,** and the time for the Individual Defendants to reply is **June 13, 2025**. If the Individual Defendants answer the complaint, the parties are directed to submit a Rule 26(f) report by **May 23, 2025.** Discovery remains stayed pending further order of the Court.

The Clerk is directed to mail a copy of this order to the pro se plaintiff at Ali Moalawi, 6 Dawson Place, Huntington Station, NY 11746.

**SO ORDERED.**
Dated:   New York, New York
         April 15, 2025

_____
John G. Koeltl
United States District Judge