```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
-----------------------------------------------------------------
ALI MOALAWI,

                 Plaintiff,            24-cv-5795 (JGK)

      - against -               ORDER

CITY OF NEW YORK, ET AL.,

                 Defendants.
-----------------------------------------------------------------

JOHN G. KOELTL, District Judge:

    On May 20, 2025, the Court received the attached letter from the pro se plaintiff. The time for the plaintiff to respond to the defendants' motion to dismiss is extended to **July 7, 2025**. The defendants may reply by **July 28, 2025**.

    The Clerk is directed to mail a copy of this order to the pro se plaintiff at Ali Moalawi, 6 Dawson Place, Huntington Station, NY 11746.

SO ORDERED.

Dated:    New York, New York
         May 21, 2025

                                      /s/ John G. Koeltl
                                        John G. Koeltl
                           United States District Judge

Ali Moalawi
6 Dawson Place
Huntington, NY 11746

May 15, 2025

*Moalawi v. City of New York, et al.*
24-cv-05795

Hon. John G. Koeltl
United States District Court
500 Pearl Street
New York, NY 10007

Dear Judge:

 I am a *Pro Se* plaintiff for the aforesaid case. I write to ask this court to extend the time I have to respond to the defendants' motion to dismiss.

 The reason I ask for additional time is because I need the trial transcripts for the underlying criminal trial as exhibits to aid my response. The trial transcripts will not be available for several weeks because of the unavailability of the court reporters. Unfortunately, one has passed away and another has retired. Reporters different from the original court reporters have the transcriptions and it will take some time for them to prepare the materials.

 The transcripts of the trial proceedings are essential for my response. Some of the criminal trial record must be a part of the record for this federal case. Please grant to me six additional weeks to respond to the defense motion to dismiss. I will consent to the time the defense will request to file a reply.

Respectfully submitted,

Ali Moalawi
*Pro-Se Plaintiff*

CC: **VIA FIRST CLASS MAIL**

  EDWARD REILINGH
  Assistant Corporation Counsel
  Special Federal Litigation Division
  100 Church Street
  New York, NY 10007