UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALI MOALAWI,

                Plaintiff,        24-cv-5795 (JGK)

    - against -                  ORDER

THE CITY OF NEW YORK, ET AL.,

                Defendants.

---

JOHN G. KOELTL, District Judge:

On July 2, 2025, the Court received the attached letter from the pro se plaintiff. The time for the plaintiff, Ali Moalawi, to respond to the motion to dismiss is extended to August 8, 2024. The time for the defendants to reply is extended to September 5, 2025.

The Clerk is directed to mail a copy of this Order to the plaintiff and note service on the docket.

SO ORDERED.
Dated:    New York, New York
          July 2, 2025

                                          John G. Koeltl
                                    United States District Judge

Ali Moalawi
6 Dawson Place
Huntington, NY 11746

June 28, 2025

*Moalawi v. City of New York, et al.*
*24-cv-05795*

Hon. John G. Koeltl
United States District Court
500 Pearl Street
New York, NY 10007

Dear Judge:

I am a *Pro Se* plaintiff for the aforesaid case. I write to ask this court to extend the time I have to respond to the defendants' motion to dismiss. This is my second request for an extension of time.

The reason I ask for additional time is because I need the trial transcripts for the underlying criminal trial as exhibits to aid my response. I have been in contact with the court reporters who were the stenographers for the trial. My trial took place in 2017. Unfortunately, since that time the reporters either have passed away or are retired. Other reporters have to prepare the transcripts. They have agreed to do so but I will not have the transcripts for at least two to three weeks from now.

The transcripts of the trial proceedings are essential for my response. Some of the criminal trial records must be a part of the record for this federal case. Please grant me six additional weeks from July 7, 2025 to respond to the defense motion to dismiss. I will consent to the time the defense will request to file a reply.

Respectfully submitted,

Ali Moalawi

*Pro-Se Plaintiff*

CC: **VIA FIRST CLASS MAIL**
EDWARD REILINGH
Assistant Corporation Counsel
Special Federal Litigation Division
100 Church Street
New York, NY 10007