UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALI MOALAWI,

                Plaintiff,           24-cv-5795 (JGK)

     - against -              ORDER

THE CITY OF NEW YORK, ET AL.,

                Defendants.

---

JOHN G. KOELTL, District Judge:

On July 25, 2025, the Court received the attached letter from the pro se plaintiff. The time for the plaintiff, Ali Moalawi, to respond to the motion to dismiss is extended to **September 30, 2025.** The time for the defendants to reply is extended to **October 17, 2025.**

The Clerk is directed to mail a copy of this Order to the plaintiff and to note service on the docket.

SO ORDERED.
Dated:    New York, New York
          July 28, 2025

                                      John G. Koeltl
                                  United States District Judge

Ali Moalawi
6 Dawson Place
Huntington, NY 11746

July 17, 2025

*Moalawi v. City of New York, et al.*
24-cv-05795

Hon. John G. Koeltl
United States District Court
500 Pearl Street
New York, NY 10007

Dear Judge:

I am a *Pro Se* plaintiff for the aforesaid case. I write to ask this court to extend the time I have to respond to the defendants' motion to dismiss. This is a third request for an extension.

The reason I ask for additional time is because I need the trial transcripts for the underlying criminal trial as exhibits to aid my response. The stenographer who is responsible for preparing the transcripts has informed me they will not be ready until August 18, 2025. One of the stenographers responsible for the transcripts is retired and is unavailable to prepare a significant portion of the transcript before that date. I was not aware of the need for this amount of additional time to prepare the transcripts when I made my last request for an extension. I have attached a copy of a letter from the stenographer responsible for the transcript production and delivery with this letter.

The transcripts of the trial proceedings are essential for my response. Some of the criminal trial record must become a part of the record for this federal case. Please grant additional time to respond to the defense motion to dismiss. I ask until the end of September 2025. I will consent to the time the defense will request to file a reply.

Respectfully submitted,

Ali Moalawi
Pro-Se Plaintiff

Enclosures

1

2

cc:    EDWARD REILINGH
       Assistant Corporation Counsel
       Special Federal Litigation Division
       100 Church Street
       New York, NY 10007

```
                    DAWN CANDELLA
                 SENIOR COURT REPORTER
                   100 Centre Street
                      Room 1311
                New York, New York 10013
                     (646)386-4240
```
------------------------------------------------------------
                                    Dated:  07/16/25

Hon. John G. Koeltl
United States District Court
500 Pearl Street
New York, NY 10007

Dear Judge Koeltl:

   This letter is in reference to the case of Ali Moalawi.

   I am one of the New York State Supreme Court reporters tasked with preparing the transcript of Mr. Moalawi's trial for his use during a case before you. The trial took place in 2017. Since that time, one of the stenographers who recorded the trial transcript has retired and will not be able to complete her portion of the transcript until August 18, 2025. I write this letter to aid Mr. Moalawi's request for more time to file a response to a motion he has due to the Court.

   Please do not hesitate to contact me if you have any questions or concerns.



Sincerely,

Dawn Candella

Dawn Candella, SCR