UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALI MOALAWI,

                Plaintiff,           24-cv-5795 (JGK)

    - against -                 ORDER

THE CITY OF NEW YORK, ET AL.,
                Defendants.

---

JOHN G. KOELTL, District Judge:

    On September 29, 2025, the Court received the attached letter from the pro se plaintiff. The time for the plaintiff, Ali Moalawi, to respond to the motion to dismiss is extended to **October 31, 2025.** The time for the defendants to reply is extended to **December 1, 2025.**

    The Clerk is directed to mail a copy of this Order to the plaintiff and note service on the docket.

SO ORDERED.
Dated:    New York, New York
           September 29, 2025

                                      John G. Koeltl
                                 United States District Judge