UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
ALI MOALAWI,

            Plaintiff,

           -against-

THE CITY OF NEW YORK, et al.,

           Defendants.

-------------------------------------------------------------x

24-CV-5795 (JGK) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The Court is in receipt of ECF 35. While this is *pro se* Plaintiff's fifth request for an extension, the Court understands that previous extensions were largely related to obtaining a trial transcript which is now in Plaintiff's possession. (ECF 35). Accordingly, Plaintiff's application for an extension to file opposition to Defendant's motion to dismiss (ECF 28) is **GRANTED**. Plaintiff shall file opposition by **November 11, 2025**; Defendants' reply, if any, shall be due **December 2, 2025**. **Plaintiff is cautioned that no further extensions will be granted without a showing of exceptionally good cause**.

Defendants are directed to serve a copy of this Order on Plaintiff and file proof of such service on the docket.

**SO ORDERED.**

Dated: October 27, 2025
       New York, New York

*/s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge