UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALI MOALAWI,

                        Plaintiff,                24-cv-5795 (JGK)

        - against -                               ORDER

THE CITY OF NEW YORK, ET AL.,
                        Defendants.

---

JOHN G. KOELTL, District Judge:

    The Clerk is respectfully requested to mail a copy of ECF

No. 40 to the pro se plaintiff and to note mailing on the

docket.


SO ORDERED.
Dated:    New York, New York
          December 1, 2025

                                        _____
                                              John G. Koeltl
                                        United States District Judge