**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
ALI MOALAWI,

                            Plaintiff,

         -against-                                                24 **CIVIL** 5795 (JGK)

                                                                  **JUDGMENT**

THE CITY OF NEW YORK, ET AL.,

                            Defendants.
------------------------------------------------------------------X

         It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Memorandum Opinion and Order dated January 9, 2026, the Court has

considered all of the parties' arguments. To the extent not specifically addressed, those

arguments are either moot or without merit. The defendants' motion to dismiss is granted and the

case is dismissed without prejudice; accordingly, the case is closed.

**Dated:**  New York, New York

         January 12, 2026

                                                  **TAMMI M. HELLWIG**
                                        _____
                                                  **Clerk of Court**

                          **BY:**            K. mango
                                        _____
                                                  **Deputy Clerk**